UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEREMY WAYNE BEAVER, | Case No. CV 13-609-JSL(AJW) |
| Petitioner, | |
| v. | MEMORANDUM AND ORDER DISMISSING PETITION |
| WARDEN LINDA MCGREW, | |
| Respondent. | |

Petitioner filed this petition for a writ of habeas corpus on January 29, 2013. The petition challenges a prison disciplinary ruling issued on August 29, 2012. [Petition at 3 and attached pages].

A state prisoner is required to exhaust all available state court remedies before a federal court may grant habeas relief. 28 U.S.C. § 2254(b); O'Sullivan v. Boerckel, 526 U.S. 838, 842 (1999); see Duncan v. Henry, 513 U.S. 364, 365 (1995)(per curiam). The exhaustion requirement is satisfied when the substance of a petitioner's federal claim has been fairly presented to the state's highest court. Davis v. Silva, 511 F.3d 1005, 1008-1009 (9th Cir. 2008).

From the face of the petition, it appears that petitioner has not exhausted his state remedies as to any of the claims alleged in the petition. [See Petition at 2-3]. Rather, the exhibits indicate that

1  petitioner is in the process of completing his administrative appeals.
2  [Petition, attached pages].  Furthermore, reference to the California
3  Supreme Court's docket reveals no petition filed by petitioner.  See
4  http://appellatecases.courtinfor.ca.gov.
5      Although this Court has discretion to stay mixed habeas petitions
6  to allow the petitioner to exhaust his state remedies, see Rhines v.
7  Webber, 544 U.S. 269, 277-278 (2005), it does not have discretion to
8  stay a petition containing only unexhausted claims.  Raspberry v.
9  Garcia, 448 F.3d 1150, 1154 (9th Cir. 2006) ("Once a district court
10 determines that a habeas petition contains only unexhausted claims, it
11 need not inquire further as to the petitioner's intentions. Instead,
12 it may simply dismiss the habeas petition for failure to exhaust.");
13 Davis v. Adams, 2010 WL 1408290, *2 (C.D.Cal. 2010) (stating that a
14 federal court cannot stay a completely unexhausted petition), report
15 and recommendation adopted, 2010 WL 1408292 (C.D.Cal. 2010).
16     Therefore, the petition for a writ of habeas corpus is dismissed
17 without prejudice.
18     **It is so ordered**.

20 Dated: Feb 11, 2013        *Spencer Letts*

22                            J. Spencer Letts
                               United States District Judge