UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JEREMY WAYNE BEAVER,** | Case No. CV 13-609-JSL(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **WARDEN LINDA MCGREW,** | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: Feb 11, 2013

*/s/ Spencer Letts*
_____
J. Spencer Letts
United States District Judge