UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEREMY WAYNE BEAVER, | Case No. CV 13-609-JSL(AJW) |
|     Petitioner, | |
|   v. | JUDGMENT |
| WARDEN LINDA MCGREW, | |
|     Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: Feb 11, 2013

*[signature: Spencer Letts]*

_____
J. Spencer Letts
United States District Judge