UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEREMY WAYNE BEAVER, | ) |
| | ) |
| Petitioner, | ) Case No. CV 13-609 CJC (AJW) |
| | ) |
| v. | ) |
| | ) ORDER ACCEPTING REPORT AND |
| WARDEN LINDA McGREW, et al., | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| Respondents. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: August 5, 2014

_____
Cormac J. Carney
United States District Judge