JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **JEREMY WAYNE BEAVER,** | ) | CASE NO. CV 13-609-CJC (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **WARDEN LINDA MCGREW, et al.,** | ) | |
| Respondents. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied, and petitioner's claim seeking the return of personal property is dismissed without prejudice.

Dated: August 5, 2014

_____
Cormac J. Carney
United States District Judge